UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **KEVIN PERKINS individually,**<br><br>-against-<br><br>**ENSITE USA, INC.** | No: 5:21-cv-00852 |

## NOTICE OF DISMISSAL OF ACTION

Plaintiff, through his attorney of record, files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41.

1. Rule 41(a)(1) provides that a plaintiff may voluntarily dismiss his action, without order of the Court, before the opposing party services either an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A).

2. Defendant has not served an answer or motion for summary judgment in this matter.

3. Plaintiff voluntarily dismisses his claims without prejudice against Defendant.

Respectfully submitted,

*/s/ Richard J. Burch*
Richard J. (Rex) Burch
BRUCKNER BURCH, PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
